No. 84–1237. THIGPEN, COMMISSIONER, MISSISSIPPI DEPART-MENT OF CORRECTIONS, ET AL. *v.* JONES. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Cabana* v. *Bullock,* 474 U. S. 376 (1986).

No. — — ——. AGEE ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; and

No. — — ——. VESSICHIO *v.* CONNECTICUT. Motions of petitioners to direct the Clerk to file petitions for writs of certiorari that do not comply with the Rules of this Court denied.

No. — — ——. ANDREWS *v.* CALIFORNIA COOLER, INC. Motion of petitioner to direct the Clerk to file a petition for writ of certiorari out of time and for relief from the requirement of Rule 28.2 denied.

No. D–445. IN RE DISBARMENT OF NICHOLAS. Disbarment entered. [For earlier order herein, see 468 U. S. 1223.]

No. D–524. IN RE DISBARMENT OF WETHERBEE. Disbarment entered. JUSTICE STEVENS dissents. [For earlier order herein, see 474 U. S. 897.]

No. D–535. IN RE DISBARMENT OF ROMANO. Salvatore L. Romano, Jr., of Providence, R. I., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on December 9, 1985 [474 U. S. 1017], is hereby discharged.

No. D–544. IN RE DISBARMENT OF TILLEY. It is ordered that Kenneth L. Tilley, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–545. IN RE DISBARMENT OF WILLIS. It is ordered that David A. Willis, of Valparaiso, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.